BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. S-11-390 LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| JUAN GARCIA-ZAYAS, | ) | AND EXCLUDING TIME |
| aka Julio Lopez, | ) | |
| aka Felipe Garcia-Saye, | ) | |
| aka Julian Felipe Garcia-Zayas, | ) | |
| | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case set for November 22, 2011, be continued to December 6, 2011 at 9:15 a.m. They stipulate that the time between November 22, 2011, and December 6, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties need additional time to review the facts and evidence affecting the guidelines calculations in this case. The parties stipulate that the ends of justice are served by granting the continuance so that counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate and agree

1

that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

Dated: November 18, 2011          Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Michele Beckwith*
                                     By:  Michele Beckwith
                                              Assistant U.S. Attorney

Dated: November 18, 2011

                                              */s/Caro Marks*
                                              CARO MARKS
                                              Attorney for Defendant

////

////

////

////

///

////

////

////

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference previously set for November 22, 2011, be continued to December 6, 2011, at 9:15 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from November 22, 2011, to and including, the December 6, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: November 22, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT